IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01501-AP

KIMBERLY B. MEDINA,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Doug George, Esq.
1115 Main Street
Alamosa, Colorado 81101
Telephone (719) 589-6767
E-mail: dgeorge@amigo.net

For Defendant:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

Stephanie Fishkin Kiley
Special Assistant United States Attorney
Social Security Administration
1960 Stout Street, Suite 1001A
Denver, CO 80294
303-844-0815
Stephanie.fishkin.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** July 16, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** July 25, 2008

**C. Date Answer and Administrative Record Were Filed:** September 23, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff questions whether the Appeals Council reviewed the transcript or the audio recording of the ALJ's hearing before denying Plaintiff's request for review and has filed a motion for partial summary judgment and submitted interrogatories to obtain information about the Appeals Council's review.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties may submit additional evidence in connection with the responses to Plaintiff's discovery request.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Other than with respect to the issue raised in Paragraph 4 above, the parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect the following briefing schedule:

**A. Plaintiffs Opening Brief Due:** November 24, 2008

**B. Defendant's Response Brief Due:** December 31, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** January 15, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The Plaintiff does not agree to the exercise of jurisdiction of a United States Magistrate Judge, and prefers that an "Article III" Judge exercise jurisdiction over this matter.

Defendant consents to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 8th day of October, 2008.

                                        BY THE COURT:

                                        *s/John L. Kane*

                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Doug George<br>Doug George<br>1115 Main Street<br>Alamosa, Colorado 81101<br>719-589-6767<br>E-mail: dgeorge@amigo.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By:  s/Stephanie Fishkin Kiley<br>     Stephanie Fishkin Kiley<br>     Assistant Regional Counsel<br>     1961 Stout Street, Suite 1001A<br>     Denver, Colorado 80294<br>     Telephone: (303) 844-0815<br>     Stephanie.Fishkin.Kiley@ssa.gov<br>     Attorneys for Defendant. |