IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1501-AP**

**KIMBERLY B. MEDINA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion and Amended Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment (doc. #s 14 and 15), filed October 17, 2008, is DENIED AS MOOT. The Motion for Partial Summary Judgment (doc. #10) is STRICKEN as there is no allowance for filing of such a pleading under the Administrative Procedures Act. Plaintiff shall file her opening brief in accordance with the deadlines set forth in the Joint Case Management Plan.

---

Dated: October 17, 2008