IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1501-AP**

**KIMBERLY B. MEDINA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motion to Remand (doc. #19), filed November 3, 2008, is DENIED. Plaintiff's request to supplement the record is denied, however, additional documentation may be submitted as a supplement to plaintiff's brief.

Dated: November 7, 2008